**Order entered November 3, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00319-CR

## MARCELINO LOPEZ-MARTINEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-83185-2020**

## ORDER

Before the Court is the State's October 29, 2021 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received that same date filed as of the date of this order.

/s/    ERIN A. NOWELL
        JUSTICE